FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVIN LUCKETT,<br><br>               Plaintiff,<br><br>      v.<br><br>MELVIN MOORE,<br><br>               Defendant. | NO: 2:16-CV-0141-SMJ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Magistrate Judge Dimke filed a Report and Recommendation on June 3, 2016, recommending this action be dismissed without prejudice and that Plaintiff's application to proceed *in forma pauperis* be denied, ECF No. 4.  There being no objections, the Court **ADOPTS** the Report and Recommendation in its entirety.

Therefore, **IT IS ORDERED** that this action, filed by a prisoner in Mississippi, is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a), and leave to proceed *in forma pauperis* is **DENIED.**

**IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order, forward a copy to Plaintiff and close the file. The Court certifies pursuant to 28

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* --1

U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 22nd day of June 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge